AO 468 (1/86) Waiver of Preliminary Examination or Hearing

*FILED IN OPEN COURT*

# United States District Court

DISTRICT OF __DELAWARE__

UNITED STATES OF AMERICA

v.

ALFONSO TREJO-PONCE

**WAIVER OF PRELIMINARY EXAMINATION OR HEARING**
(Rule 5 or 32.1, Fed. R. Crim. P.)

Case Number: 07-119M-MPT

I, __ALFONSO TREJO-PONCE__, charged in a (complaint) (petition) pending in this District with __REENTRY AFTER DEPORTATION__ in violation of Title __8__, U.S.C., __1326(a) & (b)(2)__, and having appeared before this Court and been advised of my rights as required by Rule 5 or Rule 32.1, Fed. R. Crim. P., including my right to have a preliminary (examination) (hearing), do hereby waive (give up) my right to a preliminary (examination) (hearing).

_Alfonso Trejo Ponce_
Defendant

_July 11, 2007_
Date

_Cathy A.[signature]_
Counsel for Defendant