IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| vs. | ) Criminal Action No. 07-119M-MPT |
| ALFONSO TREJO-PONCE, | ) |
| Defendant. | ) |

## ORDER

Having considered the parties' Joint Motion to Exclude Time Under the Speedy Trial Act,

**IT IS HEREBY ORDERED** this ___7___ day of ___August___ 2007, that the Government shall have until on or before September 11, 2007, to file an Indictment in the above-captioned matter. The Court hereby finds that any intervening time between the date of this Order and September 11, 2007, shall be excluded under the Speedy Trial Act. The Court further finds, for the reasons set forth in the parties' joint motion, that the ends of justice served by extending the time period by an additional thirty days for the Government to file an Indictment, and to exclude such time under the Speedy Trial Act, outweigh the interests of the public and the defendant in a speedy trial. 18 U.S.C. §§ 3161(b) & (h)(8)(A).

_____
Honorable Mary Pat Thynge
United States Magistrate Judge

FILED
AUG 7 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

3